UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR W. JONES,<br><br>        Plaintiff,<br><br>   v.<br><br>STEPHEN MAYBERG, et al.,<br><br>        Defendants.<br>_____/ | 1:10-cv-01530-SMS (PC)<br><br>ORDER DIRECTING THE CLERK'S OFFICE TO SEND PLAINTIFF REGULAR CIVIL IN FORMA PAUPERIS APPLICATION, AND REQUIRING PLAINTIFF TO FILE APPLICATION OR PAY FEE WITHIN THIRTY DAYS<br><br>(DOCUMENT # 2) |

     Plaintiff is a civil detainee proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The application to proceed in forma pauperis filed by Plaintiff on August 25, 2010, was signed by Plaintiff but was not completely filed out.  Specifically, Plaintiff failed to answer the questions regarding cash and assets.  Because Plaintiff failed to provide any information that would allow the Court to determine whether or not he is entitled to proceed in forma pauperis, Plaintiff must file a new application.

     Accordingly, the Clerk's Office shall send Plaintiff a regular civil in forma pauperis application, and within thirty days from the date of service of this order, Plaintiff shall either file the completed application or pay the $350.00 filing fee in full.

IT IS SO ORDERED.

**Dated:   August 26, 2010**            /s/ Sandra M. Snyder
                                             UNITED STATES MAGISTRATE JUDGE