UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR W. JONES, | 1:10-cv-01530-SMS (PC) |
|     Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
|     v. | (DOCUMENT #6) |
| STEPHEN MAYBERG, et al., | |
|     Defendants. | |

Plaintiff Oscar Jones is proceeding in this civil rights action pursuant to 42 U.S.C. § 1983. On September 15, 2010, plaintiff filed a motion to proceed in forma pauperis. Plaintiff avers that he is a civil detainee in the custody of the Department of Mental Health at Coalinga State Hospital, and is not a convicted prisoner in the custody of the Department of Corrections and Rehabilitation. Accordingly, pursuant to Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 1999), plaintiff is not required to pay the filing fee in full as set forth in 28 U.S.C. § 1915(b).

Good cause having been shown, plaintiff's motion for leave to proceed in forma pauperis in this action is HEREBY GRANTED.

IT IS SO ORDERED.

**Dated:   November 3, 2010**          /s/ Sandra M. Snyder
                                                           UNITED STATES MAGISTRATE JUDGE