# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR W. JONES,<br><br>          Plaintiff,<br><br>   v.<br><br>STEPHEN MAYBERG, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:10-cv-01530-SKO PC<br><br>ORDER ADDRESSING MOTION REQUESTING SERVICE STATUS<br><br>(Doc. 22) |

      Plaintiff Oscar W. Jones, a former civil detainee proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 25, 2010. On January 14, 2013, Plaintiff filed a motion seeking the status of service of process on Defendant Bryant.

      On January 17, 2013, the United States Marshal returned service un-executed. (Doc. 23.) Based on the memoranda attached to the USM-285 form, the Court issued an order on January 22, 2013, directing the Marshal to attempt re-service. (Docs. 23, 24.) The Court recognizes Plaintiff's concern regarding the passage of time, but Plaintiff may be assured that the Court monitors service and will issue any necessary orders. If service is not effected and upon review, the Court determines that the statutory duty to serve on Plaintiff's behalf cannot be properly discharged, it will direct re-service, as it did in this case.

///
///
///
///

Based on the foregoing information and the separate issuance of the second service order, Plaintiff's motion for a status report is HEREBY DEEMED ADDRESSED.

IT IS SO ORDERED.

| | |
|---|---|
| Dated:   **January 22, 2013** | /s/ Sheila K. Oberto |
| | UNITED STATES MAGISTRATE JUDGE |