1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10    OSCAR W. JONES,                          Case No.  1:10-cv-01530-SKO PC

11               Plaintiff,                    ORDER DIRECTING PERSONAL SERVICE
                                               OF SUBPOENA DUCES TECUM BY
12         v.                                  UNITED STATES MARSHALS SERVICE
                                               WITHOUT PREPAYMENT OF COSTS
13    STEPHEN MAYBERG, et al.,
                                               (Doc. 33)
14               Defendants.

15    _____/

16

17          Plaintiff Oscar W. Jones, a former civil detainee proceeding pro se and in forma pauperis,

18    filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 25, 2010.  On June 3, 2013,

19    the Court issued an order opening discovery for the limited purpose of attempting to identify the

20    Doe defendants and authorizing the issuance of a subpoena duces tecum.[1]  Fed. R. Civ. P. 4, 45;

21    28 U.S.C. § 1915(d).  The requisite notice having been issued pursuant to Federal Rule of Civil

22    Procedure 45(b)(1), it is HEREBY ORDERED that:

23          1.      The Clerk of the Court shall forward the following documents to the United States

24    Marshal (USM):

25                  a.      One (1) completed and issued subpoena duces tecum to be served on:
                            **Audrey King, Acting Executive Director,**
26                          **Coalinga State Hospital,**

27    _____

28    [1] Plaintiff was directed to provide a list of documents to be sought for the purpose of identifying the Doe
      transportation officers.  The Court reviewed Plaintiff's list and the documents the Court has determined to be relevant
      and narrowly tailored to identifying the Doe defendant will be listed in the subpoena.

**24511 West Jayne Ave.**
**P.O. Box. 5000**
**Coalinga, CA, 93210-4300**;

   b.  One (1) completed USM-285 form; and

   c.  Two (2) copies of this order, one to accompany the subpoena and one for the USM;

  2.  Within **twenty (20) days** from the date of this order, the USM is DIRECTED to serve the subpoena in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure;

  3.  The USM SHALL effect personal service of the subpoena duces tecum, along with a copy of this order, upon the individual/entity named in the subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c); and

  4.  Within **ten (10) days** after personal service is effected, the USM SHALL file the return of service, along with the costs subsequently incurred in effecting service, and said costs shall be enumerated on the USM-285 form.

IT IS SO ORDERED.

 Dated: __September 20, 2013__     _____**/s/ Sheila K. Oberto**__
                UNITED STATES MAGISTRATE JUDGE

2