# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR W. JONES,<br><br>  Plaintiff,<br><br>  v.<br><br>STEPHEN MAYBERG, et al.,<br><br>  Defendants.<br>_____/ | Case No. 1:10-cv-01530-SKO PC<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE COURTESY COPY OF EXECTUED SUBPOENA ON PLAINTIFF AND REQUIRING PLAINTIFF TO IDENTIFY DOE DEFENDANTS ON OR BEFORE APRIL 28, 2014<br><br>(Doc. 37) |

Plaintiff Oscar W. Jones, a former civil detainee proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 25, 2010. On February 4, 2014, the United States Marshal's Office executed service of a subpoena duces tecum on Acting Executive Director Audrey King. Fed. R. Civ. P. 45; Doc. 37. Pursuant to the subpoena, Ms. King is required to produce responsive documents to Plaintiff on or before March 28, 2014.

Accordingly, the Clerk's Office SHALL serve a courtesy copy of the executed subpoena on Plaintiff, and Plaintiff SHALL notify the Court of the identities of John Doe 2 and John Doe 3 on or before **April 28, 2014**.

IT IS SO ORDERED.

Dated:   **February 12, 2014**          /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE