1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR W. JONES, | Case No.  1:10-cv-01530-SKO (PC) |
| Plaintiff, | ORDER DIRECTING PERSONAL SERVICE OF SUBPOENA DUCES TECUM BY UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS |
| v. | |
| STEPHEN MAYBERG, et al., | (Docs. 32 and 40) |
| Defendants. | |
| _____/ | |

Pursuant to 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 45, the Court HEREBY ORDERS as follows:

1.     The Clerk of the Court shall forward the following documents to the United States Marshal (USM):

a.     One (1) completed and issued subpoena duces tecum to be served on:
**Scott Frauenheim, Warden,**
**Pleasant Valley State Prison,**
**24863 West Jayne Ave.**
**P.O. Box. 8500**
**Coalinga, CA, 93210**;

b.     One (1) completed USM-285 form; and

c.     Two (2) copies of this order, one to accompany the subpoena and one for the USM;

2.     Within **twenty (20) days** from the date of this order, the USM is DIRECTED to serve the subpoena in accordance with the provisions of Rule 45 of the Federal Rules of Civil

1  Procedure;

2      3.      The USM SHALL effect personal service of the subpoena duces tecum, along with

3  a copy of this order, upon the individual/entity named in the subpoena pursuant to Rule 45 of the

4  Federal Rules of Civil Procedure and 28 U.S.C. § 566(c); and

5      4.      Within **ten (10) days** after personal service is effected, the USM SHALL file the

6  return of service, along with the costs subsequently incurred in effecting service, and said costs

7  shall be enumerated on the USM-285 form.

8
9  IT IS SO ORDERED.

10     Dated:   **June 10, 2014**                    **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28